UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re YVONNE ARLEASE FOSTER	Case No. 18-mc-50332
	Hon. Mark A. Goldsmith

_____/

### ORDER TO SHOW CAUSE

On February 26, 2018, Yvonne Arlease Foster filed a "Truth Affidavit" (Dkt. 1), which consists of various documents, including an affidavit, a certificate from the State of Ohio, filings made in Michigan state courts, and police records, among other documents.

Foster's intent in filing this "Truth Affidavit" is unclear. The Federal Rules of Civil Procedure require that a pleading that states a claim for relief contain:

> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a).

Should Foster intend this filing to be construed as a complaint, she shall file a new document that comports with Rule 8(a)'s pleading requirements, along with the requisite filing fee or form to proceed in forma pauperis, no later than June 19, 2018. If Foster does not file a complaint by such date, this miscellaneous action will be closed for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

SO ORDERED.

Dated: May 29, 2018	s/Mark A. Goldsmith
Detroit, Michigan	MARK A. GOLDSMITH
	United States District Judge

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2018.

s/Karri Sandusky
Case Manager
